IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

RICKY H.,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:24-00150

MARTIN J. O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on June 13, 2024, in which he recommended that the court grant defendant's motion to dismiss and dismiss this case from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

On June 26, 2024, defendant filed its response to the PF&R, arguing that, because of action taken by the Appeals Council on June 25, 2024, its motion to dismiss should be denied and the case should proceed in due course. Accordingly, the court hereby **ORDERS** as follows:

1. Defendant's motion to dismiss is **DENIED;** and
2. This matter is referred to Magistrate Judge Aboulhosn for further proceedings.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 27th of June, 2024.

ENTER:

David A. Faber
Senior United States District Judge